UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11291-GAO

TYLER TVEDTEN

v.

CITY OF BOSTON, GEORGE CROWLEY,
ANDREW POWERS, STEVEN SWEENEY,
and ROY HECHAVARRIA
     Defendants

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

Now come the Defendants City of Boston, George Crowley, Andrew Powers, Steven Sweeney, and Roy Hechavarria ("Defendants") and respectfully move this Honorable Court, pursuant to Fed.R.Civ.P. 6(b), for a forty-five (45) day enlargement of time - until November 12, 2010 - to file responses to Plaintiff's complaint.

As grounds for their motion, Defendants state:

1. In part, this case involves allegations of civil rights violations against Boston Police officers.

2. Requests for representation of Defendant police officers are pending.[1]

3. Defendant, Officer Andrew Powers, in currently on active military duty and his tour is scheduled to end on October 1, 2010.

4. The Defendants require additional time to investigate and draft appropriate responses to Plaintiff's complaint.

5. Permitting additional time to file responsive pleadings to Plaintiff's complaint furthers the interests of justice.

6. Allowing this motion will not prejudice any party to the action.

---

[1] Below-signed counsel makes a limited appearance on behalf of Defendants George Crowley, Andrew Powers, Steven Sweeney, and Roy Hechavarria for purposes of this motion only; authority to represent these Defendants for the remainder of this action is still pending and is, in part, the impetus for this motion.

7.   Today, Counsel for the City of Boston, **Raquel D. Ruano**, spoke with attorney for the plaintiff, **Christopher Coughlin**, and he assented to a 45 day enlargement of time – until **November 12, 2010** - for the Defendants to file responsive pleadings.

*WHEREFORE*:  The Defendants respectfully request this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for responsive pleading to be due on or before **November 12, 2010**

                Respectfully submitted,
                DEFENDANTS, City of Boston, et al,
                By their attorneys:


                /s/ Raquel D, Ruano
                Raquel D. Ruano, BBO #658735
                Dawn Beauchesne, BBO #661669
                Assistant Corporation Counsel
                City of Boston Law Department
                Room 615, City Hall
                Boston, MA 02201
                (617) 635-4039 Ruano
                (617) 635-4023 Beauchesne


Dated: **September 24, 2010**

## **CERTIFICATE OF SERVICE**

    I, Raquel D. Ruano, Assistant Corporation Counsel for the Defendants, do hereby certify that on September 24, 2010, I filed a true copy of the attached documents via the CM/ECF system.

                                         /s/ Raquel D. Ruano
                                         Raquel D. Ruano