## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tyler Tvedten<br>         Plaintiff<br><br>V.<br><br>City of Boston, George Crowley,<br>Andrew Powers, Steven Sweeney,<br>and Roy Hechavarria<br>         Defendant | CIVIL ACTION<br><br>NO. 10-11291-GAO |

## SETTLEMENT ORDER OF DISMISSAL

O'Toole,            D. J.

The Court having been advised on    December 13, 2010    that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

12/14/2010                                              /s/Christopher Danieli
Date                                                        Deputy Clerk

(Dismissal Settlement.wpd - 12/98)