**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Tvedten** | |
| **Plaintiff** | **CIVIL ACTION** |
| **V.** | **NO. 10-11291-GAO** |
| **City of Boston et al** | |
| **Defendant** | |

**O R D E R**

**O'Toole, D.J.**

**The Plaintiff's First Motion to Reopen Case (docket number 12) is stricken for failure to comply with Local Rule 5.1(a). Within seven days of the date of this order, the Plaintiff shall file and serve a substitute pleading that conforms to the requirements of the Court's Local Rules.**

| | |
|---|---|
| **12/29/2010** | **/s/George A. O'Toole, Jr.** |
| **Date** | **United States District Judge** |