**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Tvedten**<br>        **Plaintiff**<br><br>    **V.**<br><br>**City of Boston et al**<br>        **Defendant** | **CIVIL ACTION**<br><br>**NO.  10-11291-GAO** |

**O R D E R**

**O'Toole, D.J.**

**The Defendants' Response (docket number 13) to the Plaintiff's First Motion to Reopen Case  is stricken for failure to comply with Local Rule 5.1(a).  Within seven days of the date of this order, the Plaintiff shall file and serve a substitute pleading that conforms to the requirements of the Court's Local Rules.**

| | |
|---|---|
|  **12/29/2010**  <br>      **Date** | **/s/George A. O'Toole, Jr.**<br>**United States District Judge** |